# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

138914

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                 SC: 138914
                                 COA: 289361

RODERICK DANIEL, a/k/a
RODERICK DANIELS,
       Defendant-Appellant.

                                 Wayne CC: 05-003691

_____/

      On order of the Court, the application for leave to appeal the April 29, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

Clerk

p1116